**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Oliver SNEED, Jr., Defendant– Appellant.**

No. 12–6857.

United States Court of Appeals, Fourth Circuit.

Submitted: July 26, 2012.

Decided: Aug. 2, 2012.

Oliver Sneed, Jr., Appellant Pro Se. Gurney Wingate Grant, II, Norval George

Metcalf, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oliver Sneed, Jr., appeals the district court's order denying his motion to compel the Government to file a Fed.R.Crim.P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sneed,* No. 3:08-cr-00296-REP-2 (E.D.Va. Apr. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*